# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-11-00696-CR
NO. 03-11-00697-CR
NO. 03-11-00698-CR

**Phillip Marshall Shaffer, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
NOS. 7300, 7301, 7302, HONORABLE TERRY FLENNIKEN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Phillip Marshall Shaffer seeks to appeal three judgments of conviction, entered on March 22, 2011, for (1) robbery and engaging in organized criminal activity, (2) unauthorized use of a motor vehicle and engaging in organized criminal activity, and (3) tampering with or fabricating physical evidence. The trial court has certified that these are plea bargain cases and Shaffer has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Further, notices of appeal in these cases were due on April 21, 2011, and not filed until October 14, 2011. *See* Tex. R. App. P. 26.2. Accordingly, we dismiss the appeals for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed:   January 10, 2012

Do Not Publish